# CASE ANNOUNCEMENTS
*February 28, 2014*

[Cite as *02/28/2014 Case Announcements*, 2014-Ohio-707.]

## MOTION AND PROCEDURAL RULINGS

**2013–0796.   State v. Campbell.**
Franklin C.P. No. 97CR–04–2020. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the clerk of the Court of Common Pleas of Franklin County.

**2013–2005.   Duke Realty Ohio v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012–1268. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand this case to the Board of Tax Appeals to implement the settlement agreement, it is ordered by the court that the motion is granted and this case is remanded to the Board of Tax Appeals so that the board may take further action as appropriate.

It is further ordered that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution and that a copy of this entry be certified to the Board of Tax Appeals.

# CASE ANNOUNCEMENTS
*March 4, 2014*

[Cite as *03/04/2014 Case Announcements*, 2014-Ohio-774.]

## DISCIPLINARY CASES

**2014–0136.   Lorain Cty. Bar Assn. v. Johnson.**
This matter came on for further consideration upon the filing of a motion in support of interim default suspension by relator, Lorain County Bar Association, on February 12, 2014.

Upon consideration thereof, it is ordered by the court that relator's motion is dismissed as moot.